1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10

WHITNEY SPICHER,

CASE NO. C22-1116 MJP

11

Plaintiff,

ORDER ON TELEPHONIC
HEARING RE: DISCOVERY
DEADLINE FOR EXPERTS

12

v.

13

AMERICAN FAMILY MUTUAL
INSURANCE COMPANY, S.I. and
JOHN and JANE DOES 1-10,

14

15

Defendants.

16

17

This matter comes before the Court on Defendants' request for an extension of the

18

discovery deadline to complete expert deposition discovery. The Court held a hearing on May

19

18, 2023 via teleconference and presented its ruling orally. To summarize that ruling, the Court

20

found good cause to extend the deadline by which discovery must be completed from June 2,

21

2023 to July 2, 2023, but only for the purpose of allowing the completion of depositions of the

22

experts disclosed in this action. All other case deadlines remain in place and unchanged by this

23

Order.

24

The clerk is ordered to provide copies of this order to all counsel.

Dated May 18, 2023.

Marsha J. Pechman
United States Senior District Judge